**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**David RODRIGUEZ, aka**
**David Rodriguez–Lopez,**
**Defendant—Appellant.**

No. 03–30084.
D.C. No. CR–02–06021–EFS.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

Appeal from the United States District Court for the Eastern District of Washington, Edward F. Shea, District Judge, Presiding.

Robert A. Ellis, AUSA, Yakima, WA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Samuel Perry Swanberg, Law Offices of Sam Swanberg, Kennewick, WA, for Defendant–Appellant.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

David Rodriguez appeals his conviction and thirty-three month sentence following a guilty-plea conviction for one count of distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Rodriguez's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record on the ground that he failed to discover any arguable issues on appeal. Rodriguez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

